UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERIC LONDELL BILLS,

        Petitioner,

        v.

Case No. 21-cv-0838-bhl

EARNELL R LUCAS,

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

      On July 12, 2021, petitioner Eric Londell Bills, currently incarcerated at Milwaukee County Jail, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 asserting that he should be released from pretrial custody due to alleged ongoing violations of his constitutional rights. (ECF No. 1.) On July 28, 2021, Magistrate Judge Dries issued a Report and Recommendation concluding that the petition should be dismissed. (ECF No. 4.) Pursuant to 28 U.S.C. §636(b)(1), Bills had until August 16, 2021 to file and serve written objections to the Magistrate Judge's Report and Recommendation. The statute provides that this Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made.*" *Id.* (emphasis added). The petitioner did not file objections to any portion of the recommendation, either before or after the statutory deadline.

      After careful consideration of Magistrate Judge Dries' Report and Recommendation as well as the record as a whole, the Court adopts the Report and Recommendation of the Magistrate Judge. Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Dries' Report and Recommendation, ECF No. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that the petition (ECF No. 1) is **DISMISSED**. A Certificate of Appealability is **DENIED** for the reasons recommended. The Clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on August 20, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge